UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LITTMAN KROOKS LLP et al.,<br><br>                        Plaintiffs,<br><br>              -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                        Defendant. | 24-cv-2685 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Clerk of Court is respectfully directed to lift the stay in this case. The parties should file a joint status letter by September 27, 2024, advising the Court on the progress of settlement discussions.

      SO ORDERED.

Dated: September 26, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge